**No. 10-5969. Steven Lee Hyde, Petitioner v. Phillip Valdez.**

562 U.S. 1196, 131 S. Ct. 1039, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 660.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8290.